VERNTERIO TREMELL JENKINS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5431

Opinion filed July 10, 2014.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Nancy A. Daniels, Public Defender, Tallahassee, Christopher F. Busch and Benjamin R. Kelley, Special Assistant Public Defenders, Tallahassee, for Appellant, and Appellant, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.